In the Matter of the Application of ALVIN C. CASS, Respondent, for an Order of Mandamus against CHARLES W. BERRY, as Comptroller of the City of New York, Appellant.— Peremptory mandamus order unanimously affirmed, without costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of THE COUNTY OF WESTCHESTER, by THE WESTCHESTER COUNTY PARK COMMISSION, Appellant, Respondent, to Acquire Title to Lands of WILLIAM BARUCH and Others. FRED H. PONTY, Respondent, Appellant.— Owing to the death of the late Presiding Justice Kelly, a reargument is ordered and the case set down for Monday, November 7, 1927, to be argued when reached. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

In the Matter of the Application of LENA FRIEDLANDER, Respondent, for a Certiorari Order to Review a Determination of the Board of Appeals Zoning Ordinance of the City of Mount Vernon.— Owing to the death of the late Presiding Justice Kelly, a reargument is ordered and the case set down for Monday, November 7, 1927, to be argued when reached. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

In the Matter of the Application of SQUILLACCI & TORRE, INC., Respondent, v. WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Order reversed upon the law and the facts, and the matter remitted to the Special Term, Part I, for the purpose of taking testimony pursuant to subdivision 4 of section 719-a of the Greater New York Charter.* We are of opinion, in light of the record before the board of standards and appeals, that the facts should be more fully developed before the final decision of the Special Term is made. Young, Kapper, Lazansky and Hagarty, JJ., concur.

SAM LEVENS, Respondent, v. C. & I. EVANS COMPANY, INC., Appellant.— Order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. The appeal having been decided, the motion for a stay is dismissed. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

CYPHRON G. MERRILLS, Appellant, v. AUGUSTUS VAN HORNE STUYVESANT, JR., and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.